## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Clint David Bischoff
Attorney at Law
P. O. Box 530
Iota LA 70543

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 21, 2024

**REHEARING ACTION: February 21, 2024**

**Docket Number: 23   00061-CA**

**SUCCESSION OF
BARBARA DUMESNIL REGGIE**

**Appealed from Acadia Parish Case No. 201920217**

**BEFORE JUDGES:**

**Hon. Gary J. Ortego**
**Hon. Ledricka J. Thierry**
**Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Barbara Ann Reggie Hornsby** has this day been

**DENIED.**

cc: Elizabeth R. Carter, Amicus Counsel
  John Franklin Craton, Counsel for the Appellee
  Alan K. Breaud, Counsel for the Appellee
  Timothy Wayne Basden, Counsel for the Appellee